**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

U N I T E D  S T A T E S,          )          ACM S32160
           **Appellee**       )
                          )
      **v.**                 )
                          )          **ORDER**
Senior Airman (E-4)        )
LUIS A. SOLIS,           )
USAF,                   )
           **Appellant**      )          **Panel No. 2**

Having reviewed the briefs of the parties pertaining to the second allegation of error, the Court believes oral argument on this issue would be helpful. Specifically, the Court desires that the parties address the following issue:

I. WHETHER THE RESULTS OF SCIENTIFIC TESTING ADMITTED AS A BUSINESS RECORD UNDER MILITARY RULE OF EVIDENCE 803(6) FOR THE LIMITED PURPOSE OF CORROBORATING AN ACCUSED'S CONFESSION UNDER MILITARY RULE OF EVIDENCE 304(g) MUST COMPLY WITH THE CONFRONTATION CLAUSE REQUIREMENTS APPLICABLE TO EVIDENCE SUBMITTED ON THE SUBSTANTIVE ISSUE OF WRONGFUL INVOLVEMENT WITH DRUGS, AND, IF SO, WHETHER THE ADMISSION OF THE TEST RESULTS IN THIS CASE COMPLIED WITH THOSE REQUIREMENTS. *WILLIAMS v. ILLINOIS*, 132 S. Ct. 2221 (2012); *BULLCOMING v. NEW MEXICO*, 131 S. Ct. 2705 (2011); *MELENDEZ-DIAZ v. WASHINGTON*, 129 S. Ct. 2527 (2009); *DAVIS v. WASHINGTON*, 126 S. Ct. 2266 (2006); *CRAWFORD v. WASHINGTON*, 124 S. Ct. 1354 (2004); *UNITED STATES v. TEARMAN*, 72 M.J. 54 (C.A.A.F. 2013); *UNITED STATES v. BLAZIER*, 69 M.J. 218 (C.A.A.F. 2010); *UNITED STATES v. GRANT*, 56 M.J. 410 (C.A.A.F. 2002); *UNITED STATES v. KELLY*, 45 M.J. 259 (C.A.A.F. 1996).

Accordingly, it is by the Court on this 21st day of January 2015,

**ORDERED:**

Oral argument is hereby directed to take place at 1205 hours on Friday, the 23rd day of February 2015, at The George Washington University Law Center, located at 2000 H Street NW, Washington, DC  20052.

FOR THE COURT

LAQUITTA J. SMITH
Appellate Paralegal Specialist